IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| MELVIN L. MOBLEY, III, #1502681 | § | |
| VS. | § | CIVIL ACTION NO. 6:16cv433 |
| PAMELA PACE, ET AL. | § | |

## ORDER OF DISMISSAL

Plaintiff Melvin L. Mobley, III, an inmate confined at the Hughes Unit of the Texas prison system, filed the above-styled and numbered lawsuit in an effort to compel the Defendants to provide him with medical care. More specifically, he is asking to be examined by a rheumatologist/orthopedic specialist. The lawsuit was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation concluding that the lawsuit should be dismissed. Plaintiff has objections.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by Plaintiff, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections by Plaintiff are without merit. Magistrate Judge Love properly observed that Plaintiff is confined in the Western District of Texas and that his request for injunctive relief must be filed in the Western District of Texas, as opposed to this Court. Plaintiff's objections to the contrary lack merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Report and Recommendation (docket entry #6) is **ADOPTED**. It is further

**ORDERED** that the lawsuit is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b).

It is finally

**ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**It is SO ORDERED**.

**SIGNED this 22nd day of June, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE